No. 14-15-00021-CV

In the Fourteenth Court of Appeals

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
SEP 29 2015
CHRISTOPHER A. PRINE
CLERK

Clinton Bowen, Appellant

Barbara A. Bowen, Appellee

Rf: Order filed on 9/1/15

## Motion for Extension

I Clinton Bowen Appellant request motion for extension of time to file Amended brief

cc: Carolyn L. McElroy atton:
5177 Richmond Ave. Sut. 1275
Houston Texas 77054

cc: Barbara A. Bowen appellee (RRO-SC)
1942 Helvick Blvd.
Houston, Tx. 77051

Pro-Se Clinton L. Bowen
3718 Brighton Ln.
Pearland, Tx 77584

## Certificate of Service

I hereby certify that a true copy of the above was served on attorney Carolyn Mcelroy at 5177 Richmond Ave. Ste. 1275 Houston , Tx. 77056 accordance with the Texas Rule of Civil procedure and BARbARA A. Bowers at 1942 HeLvicK, blvd, Houston, Tx 77051

CLINTON BOWERS

3718 BRIGHTON LANE

PEARLAND, TEXAS 77584